**Order entered May 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01410-CR

### ANTOINE LADALE TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-61645-J**

## ORDER

The Court **REINSTATES** the appeals.

On April 23, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief was a death in her family; and (4) Ms. Hendrickson requested thirty days from the May 7, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **JUNE 6, 2013**. Because the brief is already more than two months overdue, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    DAVID EVANS
          JUSTICE